# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| *Plaintiff* § | |
| § | **Case No.  1:24-cr-00025-RP** |
| v. § | **1:19-cr-00052-RP** |
| § | |
| **Fernando Lopez-Leon,** § | |
| *Defendant* § | |

### Order on Motion to Withdraw and Appoint New Counsel

Now before the Court is Defendant Fernando Lopez-Leon's Motion to Withdraw as Counsel and for Appointment of New Counsel, filed April 8, 2024. Dkt. 24 in 1:24-cr-25; Dkt. 44 in 1:19-cr-00052. The District Court referred the Motion to this Magistrate Judge for resolution, and on April 15, 2024, the Court held a hearing on the Motion at which Defendant was present.

The Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw as Counsel and for Appointment of New Counsel is **GRANTED**. In both cases, Assistant Federal Public Defender Jose I. Gonzalez-Fallas is hereby **WITHDRAWN** and, consistent with the Court's Orders Regarding Financial Status and Appointing Public Defender, **Jon Evans #00787445** is hereby **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that these cases be removed from this Magistrate Judge's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on April 15, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE